No. 421. FALBO *v.* UNITED STATES. Argued February 14, 1934. Decided February 19, 1934. *Per Curiam:* Judgment affirmed. *Lumbra* v. *United States,* 290 U.S. 551. *Mr. Graham K. Betts,* with whom *Messrs. Samuel B. Bassett* and *Warren E. Miller* were on the brief, for petitioner. *Mr. Will G. Beardslee,* with whom *Solicitor General Biggs* and *Messrs. Wilbur C. Pickett, Randolph C. Shaw,* and *W. Marvin Smith* were on the brief, for the United States.

No. 748. IUPPA & BATTLE CO. ET AL. *v.* STATE INDUSTRIAL BOARD ET AL. Jurisdictional statement submitted February 10, 1934. Decided February 19, 1934. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Dahlstrom Metallic Door Co.* v. *Industrial Board,* 284 U.S. 594; *Equitable Life Assurance Society* v. *Brown,* 187 U.S. 308, 311; *Wabash R. Co.* v. *Flannigan,* 192 U.S. 29; *Roe* v. *Kansas,* 278 U.S. 191; *American Baseball Club* v. *Philadelphia,* 290 U.S. 595. *Messrs. Charles J. O'Brien, Arthur E. Sutherland,* and *Arthur E. Sutherland, Jr.,* for appellants. *Mr. Joseph A. McLaughlin* for appellees.